IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Howard, Arbra

Printed: 5/20/08

Case Number: 05 B 54838
Judge: Squires, John H
Filed: 10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 9, 2008
Confirmed: December 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,956.00 |  |
| Secured: |  | 7,285.62 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,149.00 |
| Trustee Fee: |  | 521.38 |
| Other Funds: |  | 0.00 |
| Totals: | 9,956.00 | 9,956.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Buffington & Associates | Administrative | 2,149.00 | 2,149.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 10,720.90 | 7,285.62 |
| 4. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,503.90 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 3,630.14 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,043.83 | 0.00 |
| 8. | AT&T | Unsecured |  | No Claim Filed |
| 9. | AFSA Data Corp | Unsecured |  | No Claim Filed |
| 10. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 11. | Harris & Harris | Unsecured |  | No Claim Filed |
| 12. | High Point Security | Unsecured |  | No Claim Filed |
| 13. | Midwest Medical | Unsecured |  | No Claim Filed |
| 14. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 15. | Lincoln Acceptance | Unsecured |  | No Claim Filed |
| 16. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,047.77 | $ 9,434.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 201.73 |
| 5% | 52.40 |
| 4.8% | 125.75 |
| 5.4% | 141.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Howard, Arbra | Case Number: 05 B 54838 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 10/13/05 |

$$\overline{\phantom{XXXXXX}}$$
$ 521.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              */s/ Mack*